UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK B. LASSER,

                      Plaintiff,                      17-CV-1745 (SN)

       -against-                      **ORDER**

CIRCLE IN THE SQUARE, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On December 8, 2017, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is DISMISSED with prejudice and without costs; provided, however, that within 30 days of the date of this Order, in the event that issues arise with the settlement's consummation, any party may apply by letter to restore this action to the Court's calendar, in which event the action will be restored. The settlement conference set for December 14, 2017, is ADJOURNED.

       The Clerk of Court is directed to terminate the motion at ECF No. 41 and close the case.

**SO ORDERED.**

                                                           _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    December 11, 2017
                 New York, New York