UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2018

MARK LASSER,
on behalf of himself and all others similarly situated,

Plaintiff,

-against-

THESPIAN THEATRE, INC.,
JUNIPER STREET PRODUCTIONS, INC.,
ALCHEMY PRODUCTION GROUP, LLC,
and JOHN DOES #1-4,

Defendants.

Case No.: 17-cv-01745

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants, THESPIAN THEATRE, INC., JUNIPER STREET PRODUCTIONS, INC., ALCHEMY PRODUCTION GROUP, LLC, and JOHN DOES #1-4, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Eric B. Sigda, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9386
sigdar@gtlaw.com

Date: 3/30/2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 3-23-18

SO ORDERED

April 2, 2018
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge